[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-11060
Non-Argument Calendar
_____

D.C. Docket No. 0:09-cr-60260-WPD-3


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KHAMBREL HOLCOMBE,
a.k.a. Brel,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(December 29, 2014)

Before MARTIN, JILL PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Nathan Clark, counsel for Khambrel Holcombe, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Because our independent examination of the entire record reveals no arguable issues of merit, counsel's motion is **GRANTED**, and Holcombe's conviction and sentence are **AFFIRMED.**